**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 06-6357**

————————

CLINTON BURNS,

                                        Petitioner - Appellant,

        versus

JOHN J. LAMANNA,

                                        Respondent - Appellee.

————————

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Henry M. Herlong, Jr., District
Judge.   (4:05-cv-03163-HMH)

————————

Submitted: June 15, 2006                 Decided: June 20, 2006

————————

Before KING, SHEDD, and DUNCAN, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Clinton Burns, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Clinton Burns, a federal prisoner, appeals the district court's orders accepting the report and recommendation of a magistrate judge and dismissing his 28 U.S.C. § 2241 petition without prejudice and denying reconsideration of that order. We have reviewed the record and find no reversible error. Accordingly, we affirm both orders for the reasons stated by the district court. See Burns v. LaManna, No. 4:05-cv-03163-HMH (D.S.C. Jan. 19, and Jan. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED